IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PAIGE WILLIAMS,

Plaintiff,

v.

FAIRFIELD MEMORIAL HOSPITAL ASSOCIATION,

Defendant.

Case No. 21-cv-54 JPG

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 10/7/2021**          MARGARET M. ROBERTIE, Clerk of Court

                              **s/Tina Gray, Deputy Clerk**

**Approved:**   *s/J. Phil Gilbert*
            **J. PHIL GILBERT
            DISTRICT JUDGE**